WILLIAM F. SMITH, Respondent, *v.* JOHN T. IJAMS et al., as Executors, etc., Appellants.

(Argued December 12, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 10, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Francis Lynde Stetson* for appellants.

*A. Britton Havens* for respondent.

Agree to affirm on the two grounds first mentioned in opinion of BARRETT, J., below.*
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

DANIEL HUNT, as Executor, etc., Appellant, *v.* ELLEN GLEASON et al., Respondents.

(Argued December 13, 1893; decided January 16, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made the second Monday of February, 1893, which reversed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and granted a new trial.

*William Popham Platt* for appellant.

*John H. Clapp* for respondents.

Agree to affirm, and for judgment absolute on stipulation, on opinion below.
All concur, except BARTLETT, J., not sitting.
Order affirmed.

* 70 Hun, 155.